```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
GERALD MOBLEY

                                         ORDER OF DISMISSAL FOR
           -v-                             LACK OF ACTIVITY,
                                    ADOPTING REPORT & RECOMMENDATION
                                            CV 14-5188 (JS)(AYS)
NASSAU CO., ET AL.
----------------------------------------X
```

APPEARANCES:
FOR PLAINTIFF(S):
Gerald Mobley, *Pro Se*
whereabouts unknown


FOR DEFENDANT(S):
Thomas Lai, Esq.
Nassau Co. Attorney's Office
1 West St.
Mineola  NY 11501


SEYBERT, DISTRICT JUDGE:

    The above-captioned case was opened with a complaint on Aug. 29, 2014.

    There has been no contact by the plaintiff since Oct. 15, 2014, when he filed an amended complaint.  Some time between that date and Dec. 22, 2014, the plaintiff was discharged from the Nassau County Correctional Facility, as mailings sent to him were returned.  Magistrate Judges Gary R. Brown and Anne Y. Shields have attempted to supervise the discovery process, but have been stymied by the lack of communication from the plaintiff.  As at least six months had passed without the plaintiff updating his current address, Judge Shields issued a Report & Recommendation for dismissal on Jun. 23, 2015 (docket entry [23]).  No objections have been filed.

    The Report & Recommendation is ADOPTED in its entirety.  IT IS HEREBY ORDERED that the case be DISMISSED with prejudice for lack of prosecution, pursuant to Rule 41(b), Federal Rules of Civil Procedure.  The Clerk of Court is directed to enter judgment, mark the case closed, and terminate as moot the pending motions.

    SO ORDERED.

    /s/ JOANNA SEYBERT
    JOANNA SEYBERT, U.S.D.J.

Dated:   Central Islip, New York
         AUG 25, 2015